TOMIO B. NARITA (SBN156576)
tnarita@snllp.com
R. TRAVIS CAMPBELL(SBN 271580)
tcampbell@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for defendant
Central Financial Control

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KENDRICK,<br>an Individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>CENTRAL FINANCIAL CONTROL;<br>and DOES 1 through 10, inclusive,<br><br>                              Defendants. | Case No.: 13-cv-01311-MCE-DAD<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT CENTRAL FINANCIAL CONTROL'S TIME TO RESPOND TO AMENDED COMPLAINT;ORDER**<br><br>Amended Complaint Filed: September 24, 2013<br><br>Amended Complaint Served: October 3, 2013<br><br>Current Response Date: November 7, 2013<br><br>New Response Date: November 21, 2013 |

SECOND STIPULATION TO EXTEND DEFENDANT CENTRAL FINANCIAL CONTROL'S TIME TO
RESPOND TO AMENDED COMPLAINT;ORDER
1

The parties to this action, by and through the undersigned counsel of record, state:

WHEREAS the original Complaint in this action was filed on July 1, 2013;

WHEREAS the amended Complaint in this action was filed on September 24, 2013;

WHEREAS defendant Central Financial Control ("Defendant") was served with the amended Complaint on October 3, 2013;

WHEREAS Defendant's response to the amended Complaint was due on October 24, 2013;

WHEREAS pursuant to stipulation between the parties and Local Rule 144(a), Defendant's response to the amended Complaint is due on November 7, 2013 (Doc. 8);

WHEREAS Defendant requested additional information from plaintiff Laura Kendrick ("Plaintiff") in order to investigate her claims, which she provided on November 5, 2013.  Based on this information, Defendant needs additional time to further investigate the claims in the amended Complaint;

WHEREAS Plaintiff has agreed to grant Defendant a second extension of time to respond to the amended Complaint up to and including November 21, 2013; and

SECOND STIPULATION TO EXTEND DEFENDANT CENTRAL FINANCIAL CONTROL'S TIME TO RESPOND TO AMENDED COMPLAINT;ORDER
2

THEREFORE Plaintiff and Defendant, by and through their counsel, hereby stipulate and agree pursuant to Local Rules 143 and 144, that Defendant may have up to and including November 21, 2013, to answer or otherwise respond to the amended Complaint filed in this action.

IT IS SO STIPULATED.

DATED: November 5, 2013          SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
                                 R. TRAVIS CAMPBELL


                                 By:   s/R. Travis Campbell
                                       R. Travis Campbell
                                       Attorneys for Defendant
                                       Central Financial Control


DATED: November 5, 2013          LEMBERG & ASSOCIATES, LLC
                                 TAMMY HUSSIN

                                 By:   s/Tammy Hussin
                                       Tammy Hussin
                                       Attorneys for Plaintiff
                                       Laura Kendrick

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

SECOND STIPULATION TO EXTEND DEFENDANT CENTRAL FINANCIAL CONTROL'S TIME TO
RESPOND TO AMENDED COMPLAINT;ORDER
3