UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Laura Kendrick, | Case No. 2:13-cv-01311-MCE-DAD |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Central Financial Control; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated: February 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT